THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Antonio Lopez
 Moore, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-172
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Antonio
 Lopez Moore pled guilty to possession
 with intent to distribute crack cocaine and possession with intent to
 distribute crack cocaine within proximity of a school.  The trial judge sentenced him to concurrent terms of
 imprisonment of fifteen years on each charge, and revoked his probation from a
 prior offense.  Moore contends the trial judge erred in imposing a sentence
 that exceeded the sentencing range in Moores plea agreement.  Moores counsel attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  Moore did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Moores appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.